UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

FILED
2015 FEB -6 PM 12: 14
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

In re

<u>Hinsdale Greyhound Racing Assoc., I</u>

Chapter 7
Case No. 08-13703-JMD

Debtor

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Now comes Michael S. Askenaizer, ("Trustee") to report pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure that the following funds were not claimed:

1. The trustee was granted an Order to Disburse funds to the creditors following the final hearing by Order dated October 8, 2014 (Doc. No. 291). The trustee disbursed funds accordingly and the creditors below have not cashed their checks.

2. The trustee has voided the checks payable to the creditors described below and has submitted check number # 10455 made payable to the Clerk of the Court in the amount of $2,486.74.

| Claim No. | Creditor | Dividend |
|---|---|---|
| 12 | Upright, Arthur E.<br>287 Great Barrington Road<br>West Stockbridge, MA 01236 | $174.32 |
| 41 | Acus, Donald E.<br>473 River Rd.<br>Deerfield, MA 01342 | $146.43 |
| 45 | Tiernan, Dennis<br>6 Woodmere Place<br>The Woodlands, TX 77381 | $233.03 |
| 56 | Hellmers, Christian<br>2479 Diamond St.<br>San Francisco, CA 94131 | $1,682.47 |
| 89 | Panetta, John M.<br>4 Cornign St.<br>Albany, NY 12205 | $23.29 |
| 100 | Volkman, William Jr.<br>40 Dekalb Avenue<br>White Plains, NY 10605 | $227.20 |

Trustee Work / UNCLAIMED FUNDS Report Form

cc: KAM

Total                                                                $2,486.74

Dated: 2/7/15

Respectfully submitted,

*[signature]*

Michael S. Askenaizer, Trustee
29 Factory Street
Nashua, NH 03060
(603) 594-0300

Trustee Work / UNCLAIMED FUNDS Report Form